**No. 55622.**—Wing Chong Lung Co. *v.* United States, protest 138935–K (Los Angeles).

Opinion by COLE, J.  The protest was dismissed.

**No. 55623.**—American Cyanamid Company and W. R. Zanes & Company *v.* United States, protests 151971–K and 161638–K (Galveston).

Opinion by COLE, J.  The protests were dismissed.

**No. 55624.**—T. D. Downing Co. et al. *v.* United States, protests 116967–K, etc. (Boston).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55625.**—New York Merchandise Co., Inc. *v.* United States, protests 161580–K and 168554–K (Los Angeles).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 7, 1951

**No. 55626.**—F. W. Myers & Co., Inc. *v.* United States, protest 157599–K (Ogdensburg).

Opinion by LAWRENCE, J.  It was stipulated between counsel that certain items of the merchandise consist of aluminum smelter scrap in ingot form similar in all material respects to so-called starter metal, which metal is produced from bauxite in electric reduction pots, but contains certain impurities due to the fact that it was made with new electrolyte; that this electrolyte consists of fluorspar and cryolite and contains certain metallic oxides which are imparted in the form of metals to the first batches of aluminum with which it comes in contact; that there is no commercial way to separate these undesirable metals from the aluminum and the manufacturer is unable to predict or control the kind or percentages of such impurities; that since a uniform analysis cannot be guaranteed, starter metal does not meet the general trade requirements for aluminum and it is invariably used for blending with higher purity aluminum to produce a product meeting commercial specifications; and that the merchandise is not commercially fit for use otherwise than for remelting and blending with other aluminum-bearing materials.  Upon the agreed statement of facts, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 7, 1951

**No. 55627.**—Trefflichs Bird & Animal Co., Inc. *v.* United States, protests 153061–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.

No. 55628.—Air Clearance Assn., Inc., et al. v. United States, protests 170403–K etc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiffs was sustained.

No. 55629.—Wing Woh Chong Hing Kee Co. v. United States, protest 974115–G (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

No. 55630.—Chong Kee Jan & Co. and Ti Hang Lung & Co. v. United States, protests 976547–G and 797655–G (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55631.—Davies Turner & Co. et al. v. United States, protests 131411–K/1119, etc. (Chicago).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55632.—C. J. Tower & Sons v. United States, protest 132797–K (Buffalo).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55633.—Wellman Peck & Co. v. United States, protest 139646–K (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55634.—Biddle Purchasing Co. et al. v. United States, protests 155021–K, etc. (New York).